AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Amanda Brumfield on behalf of herself and all others similarly situated | ) | |
| *Plaintiffs* | ) ) | |
| v. | ) | Civil Action No.      2:18-cv-00591-DCN |
| Kindred Healthcare, Inc. and Kindred Healthcare Operating, Inc. d/b/a Kindred at Home | ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■ other: The court grants defendants' motion to compel arbitration as to opt-in plaintiff Andrew Tyler and strikes the collective action.


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, on a motion to compel arbitration.


Date:   July 9, 2018                              *CLERK OF COURT*


                                                            s/John P. Bryan, Jr.
                                                  _____
                                                   *Signature of Clerk or Deputy Clerk*