# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AMANDA BRUMFELD, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 6:18-CV-343 |
| ) | |
| KINDRED HEALTHCARE, INC. and ) | JUDGE ROBERT W. SCHROEDER III |
| KINDRED HEALTHCARE OPERATING, ) | |
| INC. d/b/a KINDRED AT HOME, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER OF DISMISSAL

Plaintiff Amanda Brumfeld has filed a Notice of Voluntary Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, it is ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**SIGNED this 14th day of November, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE